IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EILEEN PETE, on behalf of herself
and all others similarly situated                                             PLAINTIFF

v.                     Case No. 4:21-cv-0056-KGB

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                             DEFENDANT

## JOINT STIPULATION OF DISMISSAL

Come the parties, Plaintiff Eileen Pete, on behalf of herself and all others similarly situated, and Defendant State Farm Mutual Automobile Insurance Company, by and through their respective counsel, and for their Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(II), state as follows:

1. The parties have reached a settlement.

2. They hereby jointly stipulate to dismissal of this case with prejudice.

Dated this 30th day of January, 2023.

        Respectfully submitted,

        MUNSON, ROWLETT, MOORE & BOONE, P.A.
        One Allied Drive, Suite 1600
        Little Rock, Arkansas 72202
        Telephone:  (501) 374-6535
        Facsimile:   (501) 374-5906
        emily.runyon@mrmblaw.com
        zachary.hilll@mrmblaw.com

BY:   *Emily M. Runyon*
       EMILY M. RUNYON     BAR # 2005172
       ZACHARY R. HILL     BAR # 2019132
       *Attorneys for Defendant*

        LEVAR LAW
        702 Caddo Street
        Arkadelphia, AR  71923
        Phone: (870) 246-7070
        Fax: (501) 588-0086
        drew@levarlaw.com

BY:    *Colton Gregory*
        Alan LeVar, AR Bar No. 96155
        John Andrew Ellis, AR Bar 99012
        Colton Gregory, AR Bar No. 2013181
        Jose Ruiz, AR Bar No. 201925

        *Attorneys for Plaintiff*