IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EILEEN PETE, on behalf of herself and all
others similarly situated**                                                                                 **PLAINTIFF**

v.                              Case No.  **4:21-cv-00056 KGB**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                                                                  **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 51). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal. The action is dismissed with prejudice.

So ordered this 31st day of January, 2023.

_____
Kristine G. Baker
United States District Judge